## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIRACLETTE PARISH, | ) | |
| | ) | |
| | ) | 2:23-cv-1485 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COLD SPARK MEDIA, INC; et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **ORDER**

AND NOW, this 18th day of August, 2023, **IT IS HEREBY ORDERED**

that, pursuant to 23 U.S.C. § 455, the undersigned Judge hereby recuses himself

and directs the clerk of this Court to assign this case to another judicial officer.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge