**DEREK SMITH LAW GROUP, PLLC**
Timothy Prol, Esq.
1628 Pine Street
Philadelphia, PA 19103
Email: tim@dereksmithlaw.com
*Attorney for Plaintiff, Miraclette Parish*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| MIRACLETTE PARISH | : |
| Plaintiff | : |
| v. | : Civil Action No. 2:23-cv-1485 |
| COLD SPARK MEDIA, INC., et al. | : |
| Defendants | : |

---

**ORDER ACCEPTING** [handwritten]

<u>NOTICE OF DISMISSAL PURSAUNT TO</u>
<u>FEDERAL RULES OF CIVIL PROCEDURE 41 (a) OR (c)</u>

Please take notice that this action is dismissed with prejudice by the Plaintiff in its entirety.

This dismissal is made pursuant to F.R.Civ.P. 41 (a) or (c).

**DEREK SMITH LAW GROUP, PLLC**
By: /s/ *Timothy Prol, Esq.*
Timothy Prol, Esq
1628 Pine Street
Philadelphia, PA 19103
Email: tim@dereksmithlaw.com
*Attorney for Plaintiff, Miraclette Parish*

Date: <u>August 28, 2024</u>

[Handwritten: Approved [signature] 8-28-24 The Clerk will close the case.]